IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) ) ) Plaintiff, ) ) v. ) ) BARON LOMBARDO et al ) ) Defendants. ) | Case No. 02: 07 CR 286 PGC  **ORDER UNSEALING INDICTMENT** |

Based on motion of the United States, and for good cause appearing,

IT IS HEREBY ORDERED that the Indictment in the above matter be unsealed.

DATED this ____ day of May, 2007.

BY THE COURT:

_____
SAMUEL ALBA
United States Magistrate Judge