D. GILBERT ATHAY (0143)
Lawyer for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 363-7074

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MOTION TO MODIFY TERMS AND |
| Plaintiff, | : | CONDITIONS OF RELEASE |
| vs. | : | |
| BARON LOMBARDO, | : | Case No. 2:07CR286 |
| Defendant. | : | Judge Paul G. Cassell<br>Magistrate Judge Paul Warner |

_____

    The defendant, Baron Lombardo, through his lawyer, D. Gilbert Athay, herewith moves the court to modify the terms and conditions of his pre-trial release to permit him to travel throughout the continental United States for business purposes.

    The defendant has properties in California and business dealings that require him to travel outside of Las Vegas.

    The court should modify the terms and conditions of his release to permit him to travel by giving notice to pre-trial services of the dates and times that such travel is necessary.

    DATED:  July 5, 2007.

                                                /s/ D. Gilbert Athay_____
                                                D. Gilbert Athay
                                                Lawyer for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on July 5, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

United States Attorney's Office
185 South State Street, Suite 400
Salt Lake City, Utah 84111

                                   /s/ Heather M. Stokes