D. GILBERT ATHAY (0143)
Lawyer for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 363-7074

_____

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION
_____

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ORDER MODIFYING TERMS AND |
| Plaintiff, | : | CONDITIONS OF RELEASE |
| vs. | : | |
| BARON LOMBARDO, | : | Case No. 2:07CR286 |
| Defendant. | : | Judge Paul G. Cassell<br>Magistrate Judge Paul Warner |

_____

Based upon the motion of the defendant, Baron Lombardo, through his lawyer, D. Gilbert Athay and good cause appearing, it is hereby

ORDERED that the defendant be allowed to travel throughout the continental United States for business purposes so long as he first receives permission from Pre-Trial Services.

DATED this _____ day of July, 2007.


_____
Magistrate Judge Paul Warner
United States District Court