IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**BARON LOMBARDO,**<br><br>Defendant. | **ORDER GRANTING MOTION TO MODIFY TERMS AND CONDITIONS OF PRETRIAL RELEASE**<br><br>Case No. 2:07-cr-00286-PGC-1<br><br>District Judge Paul G. Cassell |

Before the court is Baron Lombardo's ("Defendant") motion to modify the terms and conditions of his pretrial release to permit him to travel throughout the continental United States for business purposes.[1]  Based upon the motion and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Defendant's motion is **GRANTED**, as follows. Defendant shall be allowed to travel throughout the continental United States only for business purposes and subject to the following requirements:

1.      Defendant must first obtain permission from pretrial services for any such business travel.

2.      In order to obtain permission, Defendant must provide to pretrial services all details of his travel itinerary for each trip outside of Las Vegas, including, but not limited to departure and return dates, mode and schedule of travel (including flight numbers, if applicable),

---

[1] *See* docket no. 43.

accommodations (including hotel reservations, if applicable), and the business purpose(s) of the travel.

       3.      At its discretion, pretrial services may verify any of the details of Defendant's business travel.

      **IT IS SO ORDERED**.

      DATED this 11th day of July, 2007.

                                                BY THE COURT:

                                                PAUL M. WARNER
                                                United States Magistrate Judge