IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH,

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | CASE NO. 2:07CR00286 PGC |
| v. | : | |
| BARON LOMBARDO et al., | : | PROTECTIVE ORDER |
| Defendants. | : | |

      Having considered the Motion for Protective Order filed by the United States and good cause appearing, it is hereby ORDERED:

(1) Documents provided to defense counsel by the United States shall not be disclosed by defense counsel, except to the parties, employees and consultants of defense counsel in this case. "Documents" includes the original paper copies, electronic versions of paper documents, electronic documents, summaries of document contents and any excerpt from a document.

(2) Documents provided to defense counsel by the United States that are not subject to this Order shall be marked "NOT SUBJECT TO PROTECTIVE ORDER." All other documents are included in this Protective Order.

(3) Defense counsel, and any individual who receives documents subject to this Order from defense counsel, may use the documents solely for trial preparation, trial, preparation for sentencing and

sentencing, absent further order of this Court.

(4) If defense counsel, or any person to whom defense counsel discloses documents under this Order wishes to transport the disclosed documents outside the United States, three days prior to doing so, defense counsel shall execute the attached certification, and provide it to this Court and counsel for the United States.

(5) This Protective Order applies to all defendants and counsel for defendants in this case, to include: all individual defendants; all corporate defendants; all defendants presently before this court and under the jurisdiction of this court; and all defendants to be arrested or brought before this court after the date of this Order, absent specific timely objection.

_____   DATED: 08/07/2007
PAUL G. CASSELL
District Judge

## **CERTIFICATION**

I, _____, am counsel for _____, a defendant in United States v. Lombardo, et al., case no. 2:07CR00286 PGC in the Federal District Court for the District of Utah. I understand the documents provided to me by counsel for the United States bates stamped _____ to _____ are subject to the Protective Order issued by the Honorable Paul Cassell, Federal Judge for the District of Utah dated _____.

These documents will be taken outside the jurisdiction of the court on _____. I certify that I have provided those individuals having custody of the documents while outside the United States with a copy of the court's Protective Order and instructed them that they are to comply with the requirements of the Protective Order at all times. I understand that intentional violation of the court's Protective Order may subject me to prosecution for contempt of court.

I certify that I have maintained the original of this certification with the bates numbers accurately recorded thereon.

_____
Counsel for _____

Dated this ____ day of _____, _____.