D. GILBERT ATHAY (0143)
Lawyer for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 363-7074

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MOTION FOR JOINDER |
| Plaintiff, | : | |
| vs. | : | |
| BARON LOMBARDO, | : | Case No. 2:07CR286 |
| Defendant. | : | Judge Ted Stewart |

---

The Defendant, Baron Lombardo, through his lawyer, D. Gilbert Athay, hereby gives notice that he joins in defendant Richard Carson-Selman's Motion (document 106) To Quash Desert Lane Search Warrant And Suppress Evidence.

DATED:  October 22nd, 2007.

/s/ D. Gilbert Athay
D. Gilbert Athay
Lawyer for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on October 22nd, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

United States Attorney's Office
185 South State Street, Suite 400
Salt Lake City, Utah 84111

/s/ Heather M. Stokes