D. GILBERT ATHAY (0143)
Lawyer for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 363-7074

---

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | ORDER FOR JOINDER |
| Plaintiff, | : | |
| vs. | : | |
| BARON LOMBARDO, | : | Case No. 2:07CR286 |
| Defendant. | : | Judge Ted Stewart |

---

Based upon the motion of the Defendant, Baron Lombardo, through his lawyer, D. Gilbert Athay and good cause appearing, it is hereby

ORDERED that Mr. Baron Lombardo be joined in defendant Richard Carson-Selman's Motion To Quash Desert Lane Search Warrant And Suppress Evidence (document 106).

DATED this _____ day of October, 2007.

_____
Judge Ted Stewart
United States District Court