_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARON LOMBARDO, et. al ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 2:07CR00286 TS <br><br> **ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** <br><br> Judge Ted Stewart |

_____

Based on United States' Motion For Leave To File Overlength Memorandum in Opposition to the Defendants' Motion To Dismiss,

IT IS HEREBY ORDERED that the defendants may have leave to file a memorandum of 27 pages in support of their Motion for Summary Judgment.

DATED this        day of November 2007.


HONORABLE TED STEWART
United States District Judge