_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br>  Plaintiff, <br><br> v. <br><br> BARON LOMBARDO, et. al <br><br>  Defendants. | Case No. 2:07-CR-286 TS <br><br> **ORDER ON UNITED STATES' MOTION FOR LEAVE TO FILE AN OVERLENGTH MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

_____

The United States' moves for leave to file a 27-page Memorandum in response to Defendants' 32-page Memorandum in support of their Motion to Dismiss. DUCrimR 12-1(b)(1)(B) and (C) provide "there are no page limits to memoranda" but they "must be concise." It is therefore

ORDERED that the United States in compliance with the local rules regarding memoranda supporting or opposing a pretrial motion in a criminal case.

DATED   November 5, 2007.

BY THE COURT:

_____
TED STEWART
United States District Judge