_____

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION
_____

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BARON LOMBARDO, et. al ) <br> ) <br> Defendants. ) <br> ) <br> ) | Case No. 2:07CR00286 TS <br><br> **ORDER SEALING EXHIBIT D TO THE UNITED STATES MEMORANDUM IN OPPOSITION (DOCKET #123)** <br><br> Judge Ted Stewart |

_____

Based on United States' Motion to Seal Exhibit D to the United States' Memorandum in Opposition to the Defendants' Motion for Change of Venue,

IT IS HEREBY ORDERED that the Exhibit D to the Memorandum in Opposition, Docket #123, is hereby sealed.

DATED this          day of November 2007.



HONORABLE TED STEWART
United States District Judge

1