FILED
U.S. DISTRICT COURT

2007 NOV 21 A 8: 38

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | Case No. 2:07CR00286 TS |
| Plaintiff, | ) ) | |
| v. | ) ) ) | **ORDER SEALING EXHIBIT D TO THE UNITED STATES MEMORANDUM IN OPPOSITION (DOCKET #123)** |
| BARON LOMBARDO, et. al | ) ) | |
| Defendants. | ) ) ) | Judge Ted Stewart |

Based on United States' Motion to Seal Exhibit D to the United States' Memorandum in Opposition to the Defendants' Motion for Change of Venue,

IT IS HEREBY ORDERED that the Exhibit D to the Memorandum in Opposition, Docket #123, is hereby sealed.

DATED this 20th day of November 2007.

HONORABLE TED STEWART
United States District Judge

1