IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARON LOMBARDO, et al.,<br><br>Defendants. | ORDER SETTING SCHEDULE FOR HEARING ON NOVEMBER 29-30, 2007<br><br><br><br>Case No. 2:07-CR-286 TS |

To facilitate the orderly disposition of the various matters set for hearing on November 29-30, 2007, the Court instructs the parties that it will hear the matters before it in the following order, noting both the need for flexibility and the likely overlap between some of the issues:

(1)  *James*[1] Hearing regarding the admissibility of co-conspirator statements under Federal Rule of Evidence 801(d)(2)(E);

(2)  Motion to Suppress Evidence [#74];

(3)  Motion to Quash Desert Lane Search Warrant and Suppress Evidence [#106];

(4)  Motion to Transfer Pursuant to Rule 21(B) [#76];

(5)  Motion to Dismiss Wire Act Counts (Counts 16-19) [#80];

---

[1] *United States v. James*, 590 F.2d 575 (5th Cir. 1979).

1

(6)     Motion to Dismiss Count One (RICO Conspiracy) [#78]; and

(7)     Motion to Dismiss Based on Treaty Obligations and Domestic and International Law (Counts 1, 16-19) [#79].

SO ORDERED.

DATED November 27, 2007.

                              BY THE COURT:


                              _____
                              TED STEWART
                              United States District Judge