IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BARON LOMBARDO, et al.,<br><br>Defendants. | ORDER REQUESTING REPLY BRIEF ON *JAMES* ISSUES<br><br><br><br><br><br>Case No. 2:07-CR-286 TS |

The Court held a *James*[1] hearing on April 14, 2008, to determine whether the conspiracy alleged in this case existed and, if so, its membership for purposes of Federal Rule of Evidence 801(d)(2)(E). A briefing schedule was set at the hearing, requiring the Government to file its memorandum by April 28, 2008, and Defendants to file their memoranda by June 16, 2008. The Court now requests that the Government file a reply memorandum addressing the issues raised in Defendants' memoranda on or before July 7, 2008.

SO ORDERED.

---

[1] *United States v. James*, 590 F.2d 575 (5th Cir. 1979).

1

DATED June 24, 2008.

BY THE COURT:

_____
TED STEWART
United States District Judge