**ATTORNEY DOCKETING/FILING A MOTION TO JOIN**
Amended July 1, 2008

Example:

> Thomas Smith files Motion to Join w/dft Zippy Koegler's Motion to Suppress.

1. Select the filer as well as the defendant(s) the filer is joining with ie choose Thomas Smith and Zippy Koegler. Unless it is appropriate, DO NOT CHOOSE ALL THE DEFENDANTS.
2. Next, select the filer only (Thomas Smith)
3. Select the **Motion for Joinder**
4. Select the pdf document
5. Next, link the Motion filed in Step 3 to the Motion(s) you are joining with

> Docket Text: Final Text
>
> MOTION for Joinder re [54] MOTION for Bill of Particulars by Bradley Grant Kitchen as to Bradley Grant Kitchen, Steve Wells Cloward. (ce)

The Docket Text will reflect the Motion to Join and which motion the filing defendant is joining with. The text will include the name of the Defendant Filer and the Co-Defendant(s) that are involved in the joinder

6. Review docket text for accuracy and submit for filing

**NOTE**: if you are joining with a document <u>OTHER than a motion</u>, use the event under the Notices Category - **Notice (Other)** and then choose the document(s) you are joining with and modify docket text as appropriate.

*NOTE: when you file any motion (other than a motion to join), choose ONLY the defendant you represent.*