MICHAEL PANCER (CA #43602)
Lawyer for Defendant
105 West "F" Street, 4th Floor
San Diego, California 92101-6087
Telephone: (619) 236-1826

LONI F. DeLAND (#0862)
Local Counsel for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 364-1333

IN THE UNITED STATE DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | DECLARATION OF |
|---|---|---|
| Plaintiff, | : | CHIHYON REVELES |
| vs. | : | |
| RICHARD CARSON-SELMAN, | : | Case No. 2:07CR286 |
| Defendant. | : | Judge Ted Stewart |

I, Chihyon Reveles, do hereby declare under perjury under the laws of the United States that I will not come to the United States to testify in the case of the United States of America vs. Richard Carson-Selman, Case No. 2:07CR286. However, I would give testimony at a deposition at the United States Embassy in Korea.

At that deposition, I would testify that I worked as an interface and a translator between Richard Carson-Selman at CurrenC and Kang-Shin Koh who is the manager of International Administration at LG in Seoul, Korea. I would testify that there were numerous three-way conversations between Richard Carson-Selman in the United States and Kang-Shin Koh and myself in Korea. There were also two meetings which I attended as a translator in the LG office

in Seoul. I would testify that LG knew absolutely it was gambling transactions they were processing for CurrenC. Richard Carson-Selman was always insistent that LG understand they were gambling transactions and he wanted this language included in contracts. As far as I could determine, there was never any attempt by Richard Carson-Selman or CurrenC to mislead LG about any aspect of the business CurrenC was involved in. I would so testify under oath at the United States Embassy in Korea.

DATED: Apr 25, 09

CHIHYON REVELES