FILED
U.S. DISTRICT COURT

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH 2009 MAR 20 A 10: 20

CENTRAL DIVISION          DISTRICT OF UTAH

BY:_____
   DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br><br>vs.<br><br><br>LOMBARDO, et al.<br><br>Defendant(s), | ORDER TO CONTINUE JURY TRIAL<br><br><br><br><br>Case No. 2:07-CR-00286-CW |

Based upon defendant, Richard Carson-Selman's, Motion to Continue, and the reasons set forth therein, the Court finds good cause and GRANTS defendant's Motion to Continue Jury Trial. Because of the nature of pending motions in this case speedy trial is not an issue. A status conference is set before Judge Clark Waddoups on 5/18/09 at 10:00 a.m. Counsel shall report on the status of the case and readiness for trial at the status conference. A new trial date will be set at that time. SO ORDERED.

Dated this 19th day of March, 2009

_____
Judge Clark Waddoups