MICHAEL PANCER
Lawyer for Defendant
105 West "F" Street, 4thFloor
San Diego, California 92 101-6087
Telephone: (619) 236-1826

LONI F. DeLAND (0862)
Local Counsel for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 364-1333

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

---

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | MOTION FOR COURT TO EXECUTE JUDICIAL ASSISTANCE (LETTER |
| Plaintiff, | : | ROGATORY) FOR WITNESSES KANG-SHIN KOH AND |
| vs. | : | CHIHYON REVELES |
| RICHARD CARSON-SELMAN, | : | Case No. 2:07CR286 |
| Defendant. | : | Magistrate Judge Samuel Alba |

---

Attached to this motion as Exhibit 1 is a Request for International Judicial Assistance (Letter Rogatory) for Kang-Shin Koh. Attached as Exhibit 2 is a Request for International Judicial Assistance (Letter Rogatory) for Chihyon Reveles.

This court, in a hearing on March 9th, granted Defendant Richard Carson-Selman's request that letters rogatory issue for deposition of the above-named witnesses. Attached hereto are the letters rogatory that we are hereby requesting that this court sign. When the documents are signed, we will forward them to the appropriate officials in the United States State Department.

The documents have been reviewed for form by the U.S. Department of Justice Trial

Attorney assigned to this matter, Marty Woelfle.

DATED: April 2, 2009                 Respectfully submitted,


                                     /s/ Loni F. DeLand
                                     Loni F. DeLand Lawyer for
                                     Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2009, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system which sent notification of such filing to the following:

Loren Washburn
Assistant United States Attorney
185 South State Street, Suite 400
Salt Lake City, Utah 84111




                                     /s/ Heather M. Stokes