MICHAEL PANCER
Lawyer for Defendant Carson-Selman
105 West "F" Street, 4th Floor
San Diego, California 92101-6087
Telephone: (619) 236-1826

LONI F. DeLAND (0862)
Local Counsel for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 364-1333

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | DEFENDANT CARSON-SELMAN |
| Plaintiff, | : | REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE (LETTER ROGATORY) FOR CHIHYON REVELES |
| vs. | : | |
| RICHARD CARSON-SELMAN, et al., | : | Case No. 2:07CR286 |
| Defendants. | : | Magistrate Judge Samuel Alba |

The United States District Court, District of Utah, presents its compliments to the appropriate judicial authority of the Republic of Korea and requests international judicial assistance to conduct depositions of witnesses to be used in a criminal proceeding before this court in the above captioned matter, US v. Lombardo, et al., United States District Court, District of Utah. No trial date has been set.

This court requests the assistance described herein as necessary in the interests of justice. The assistance requested is that the appropriate judicial authority of the Republic of Korea compel the appearance of the below named individual to be deposed in keeping with the customs of the Republic

EXHIBIT 2

of Korea. We would conduct the deposition at whatever site the judicial authority of the Republic of Korea deems appropriate.

Reveles, Chihyon
Citizen of the Republic of Korea
address:
Reveles, Chihyon
415 Hangang Daewoo Apt., 103-2102
E-Chon Dong, Yongsan Gu
Seoul 140-031, Korea

The United States government is alleging in this matter that there been a violation of :

1962(d) Title 18 U.S.C. – Racketeering Conspiracy

1344 Title 18 U.S.C. – Bank Fraud

1084 Title 18 U.S.C. – Transmission of Wagers/Wagering Information

1956 Title 18 U.S.C. – Money Laundering

1963 Title 18 U.S.C. – RICO Forfeiture

The factual basis for the complaint is an allegation of fraudulent conduct by defendants as regards the handling and processing of Visa and Mastercard Transactions in order to aid offshore gaming establishments. The United States government alleges that defendant Richard Carson-Selman, along with other defendants, engnaged in a racketeering conspiracy in order to aid offshore gaming establishments in violation of the aforementioned sections of Title 18 of the United States Code.

The witness named above may provide potentially exculpatory testimony for defendant Richard Carson-Selman (and others charged in this case) with respect to all allegations that the government has made against the defendant, including but not limited to any aiding and abetting theories advanced by the government.

The witness heretofore named has filed a declaration describing his expected testimony and he has agreed to give depositions in the Republic of Korea. He is a citizen of the Republic of Korea.

2

It will be requested that the deposition be videotaped and counsel be allowed to prepare and ask questions by way of telephone hookup. If counsel's presence is required, then of course counsel will arrange to appear in the Republic of Korea.

We would request designation of an appropriate official as to when scheduling of the deposition(s) may be arranged. The attorney requesting the deposition is:

Michael Pancer, Attorney for Defendant Richard Carson-Selman
105 W. F St., 4th Fl., San Diego, CA 92101
Phone: (619) 236-1826

This request was joined by:

D. Gilbert Athay, Attorney for Defendant Baron Lombardo
43 E. 400 South, Ste. 325, Salt Lake City, UT 84111-2767
Phone: (801) 363-7074

David V. Finlayson, Attorney for Defendant Count Lombardo
43 E. 400 South, Salt Lake City, UT 84111
Phone: (801) 220-0700

Fred D. "Pete" Gibson, III, Attorney for Defendant Henry Bankey
Lionel Sawyer & Collins, 1700 Bank of America Plaza
300 S. Fourth St., Ste. 1700, Las Vegas, NV 89101
Phone: (702) 383-8929

Scott C. Williams, Attorney for Defendant Tina Hill
43 E. 400 South, Salt Lake City, UT 84111
Phone: (801) 220-0700

This court would appreciate assistance and would provide similar assistance to the Republic of Korea.

The court understands that there may be costs involved in fulfilling this request. The appropriate judicial authorities and the Minister of Justice for the Republic of Korea will be reimbursed for costs incurred in executing this letter rogatory.

Dated: _____        _____
                                       Magistrate Judge Samuel Alba
                                       United States District Court, District of Utah
                                       Salt Lake City, Utah, USA