IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>BARON LOMBARDO, et al.,<br><br>            Defendants. | ORDER<br><br><br><br><br><br>Case No. 2:07-CR-286 CW |

Pursuant to the court's order at the March 10, 2009 hearing on this matter, the government has filed the "Government's Submission in Support of the Admission of Co-Conspirator Statements." (Dkt. No. 307). Any written response to this filing by any Defendant shall be due by May 1, 2009. The government shall be allowed a reply/replies if submitted by May 13, 2009. Counsel should be prepared to discuss the matters raised in these filings at the May 18, 2009 status conference.

SO ORDERED this 20th day of April, 2009.

BY THE COURT:

*Clark Waddoups*
Clark Waddoups
United States District Judge