D. GILBERT ATHAY (0143)
Lawyer for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 363-7074

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| UNITED STATES OF AMERICA, | : | WAIVER OF PRESENCE FOR DEFENDANT BARON LOMBARDO |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | |
| BARON LOMBARDO, | : | Case No. 2:07CR286 |
| Defendant. | : | Judge Clark Waddoups |

    Baron Lombardo waives the right to be present in person in open court at the status conference/oral argument on September 24, 2009 at 4:00 p.m., in Salt Lake City, Utah as evidenced by his signature below.

DATED: 9.13.09

Baron Lombardo
2412 Plaza Del Grande
Las Vegas, Nevada 89102

DATED: 9·15·09

/s/ D. Gilbert Athay
D. Gilbert Athay
Lawyer for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

United States Attorney's Office
185 South State Street, Suite 400
Salt Lake City, Utah 84111

/s/ Heather M. Stokes