**DAVID V. FINLAYSON (6540)**
Attorney for Defendant
43 East 400 South
Salt Lake City, Utah 84111
Telephone: (801) 220-0700

FILED
U.S. DISTRICT COURT

2009 SEP 25  A 10: 55

DISTRICT OF UTAH
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | **ORDER FOR JOINDER** |
| Plaintiff, | : | |
| vs. | : | |
| COUNT LOMBARDO, | : | Case No. 2:07CR286 |
| Defendant. | : | Judge Clark Waddoups |

Based upon the motion of the Defendant, Count Lombardo, through his lawyer, David

Finlayson, and good cause appearing, it is hereby

ORDERED that Mr. Lombaro be joined in defendant Baron Lombardo's Memorandum in

Opposition to Government's Motion Regarding Costs of Copying (document 404).

DATED this 24th day of September, 2009.

Judge Clark Waddoups
United States District Court