# EXHIBIT A



**Money Transferred from the Enterprise to SportingBet**