# EXHIBIT B

## Money Transferred from the Enterprise to SportingBet

| Date | Amount |
|---|---:|
| August-04 | $376,845.29 |
| September-04 | $854,533.80 |
| October-04 | $4,699,920.13 |
| November-04 | $10,501,715.10 |
| December-04 | $9,011,721.21 |
| January-05 | $15,661,676.21 |
| February-05 | $18,969,150.93 |
| March-05 | $11,405,418.91 |
| April-05 | $1,876,024.42 |
| May-05 | $1,204,127.81 |
| June-05 | $1,497,183.59 |
| July-05 | $3,712,171.30 |
| August-05 | $7,060,167.51 |
| September-05 | $1,998,455.50 |
| October-05 | $1,874,655.58 |
| November-05 | $739,700.06 |
| December-05 | $833,588.25 |
| January-06 | $840,577.46 |
| February-06 | $148,177.92 |
| March-06 | $603,593.17 |
| April-06 | $249,676.15 |
| May-06 | $240,917.93 |
| June-06 | $308,182.72 |
| July-06 | $146,497.38 |
| August-06 | $54,675.63 |
| **Total** | **$94,869,353.96** |